IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02641-REB-MEH

BERLINDA TRUJILLO,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2010.**

      In light of the Notice of Settlement [filed November 24, 2010; docket #5], the Scheduling Conference set for January 19, 2011, is hereby **vacated**.  The parties shall file dismissal papers on or before **December 10, 2010**.