**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02641-REB-MEH

BERLINDA TRUJILLO,

         Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

         Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

     **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby

notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P.

41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant

hereto with each party to pay her or its own attorney's fees and costs.

Dated: December 13, 2010.

                        Respectfully submitted,

                         s/ David M. Larson
                        David M. Larson, Esq.
                        405 S. Cascade Avenue, Suite 305
                        Colorado Springs, CO 80903
                        (719) 473-0006
                        Attorney for the Plaintiff